JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARANJIT SINGH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services, and McGREGOR W. SCOTT, United States Attorney for the Eastern District of California<br><br>　　　　Defendants. | CIVIL No. 07-CV-00088 AWI-SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, KARANJIT SINGH, AND ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 74149660 |

　　PLEASE TAKE NOTICE:

　　That PLAINTIFF, KARANJIT SINGH, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, Plaintiff, KARANJIT SINGH, hereby  requests that the case be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Under Rule

41(a)(1), a plaintiff has an absolute right to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to plaintiff's complaint and no motions for summary judgment have been filed in this case.   No such answers or summary judgment motion have been served. Accordingly, Plaintiff, KARANJIT SINGH, requests that this action be dismissed.

                                        Respectfully Submitted,

Dated: February 23, 2007                    ___/s/ JAMES M. MAKASIAN_____
                                                        JAMES M. MAKASIAN
                                                        STEVEN P. SIMONIAN, Jr.
                                                        Attorneys for Plaintiff

ORDER

Plaintiff's request to dismiss this action is GRANTED.   The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:  February 28, 2007**                    _____/s/ Anthony W. Ishii_____
0m8i78                                                   UNITED STATES DISTRICT JUDGE